**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:                                              CASE NO. 09-10029-GVL1
                                                    CHAPTER 13
JAMES MICHAEL WHEELER
NANCY ANN WHEELER

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR:CARD SERVICE CENTER which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 405180 in the amount of 17.57 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the

foregoing has been furnished by electronic filing or first

class mail to:

JAMES MICHAEL WHEELER          CARD SERVICE CENTER
NANCY ANN WHEELER              P.O. BOX 23356
12591 N.E. 111TH AVENUE        PITTSBURGH, PA 15222
ARCHER,  FL  32618

AND

MICHAEL D. BRUCKMAN, ESQ.
1624 NW 6TH STREET
GAINESVILLE, FL 32609

on the same date as reflected on the Court's docket as the

electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

12/29/2010  1:29 pm / CR_213